THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 09-11266 BKT |
| LUIS E. CRUZ CRUZ | CHAPTER 13 |
| ANTONIA SANTIAGO FIGUEROA | ASSET CASE |
| xxx-xx-1392 | |
| xxx-xx-0078 | |
| DEBTOR (s) | |

## STATEMENT OF PURPOSE TO SUBMIT AMENDED SCHEDULE I

**TO THE HONORABLE COURT:**
**NOW COMES** debtors through the undersigned attorney and very respectfully pray and state as follows:

1. Debtors submit amended Schedule I to include prorated Christmas Bonus as per Trustee's recommendation at the 341 Meeting of Creditors.
2. Debtor also submits amended Schedule J to increase food expense.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the amended Schedules.

**CERTIFICATE OF SERVICE:** I hereby certify that a copy of this motion was electronically filed by debtor using the CM/EDF System which will send a notification to the standing Chapter 13 Trustee and to all registered interested parties. In addition, a copy of this motion was sent by debtor's attorney to the debtor at the address of record and to all other creditor and parties in interest appearing in the master address list not registered in CM/ECF.

**RESPECTFULLY SUBMITTED**
**IN BAYAMÓN, PUERTO RICO, MARCH 5, 2010.**

   /s/Ramón F. López, ESQ
**RAMÓN F. LÓPEZ, ESQ**
**USDCPR 203813**
**ATTORNEY FOR DEBTOR**
**PO BOX 34173**
**FORT BUCHANAN, PR 00934**
**TEL: (787) 269-6297**
**FAX: (787) 785-4362**
**EMAIL: rlr.bay@gmail.com**

B6I (Official Form 6I) (12/07)

IN RE **CRUZ CRUZ, LUIS ENRIQUE & SANTIAGO FIGUEROA, ANTONIA**        Case No. **09-11266 BKT**
                                    Debtor(s)                                                        (If known)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter IN LAW**<br>**GrandDAUGHTER** | AGE(S):<br>**26 YRS**<br>**21 YRS**<br>**2 YRS** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **PIZZA MAKER** | **PREPARACION ALIMENTOS** |
| Name of Employer | **FAST FOOD MANAGMENT** | **JOCAR ENTERPRISE, CORP PO BOX 1780** |
| How long employed | **2 years** | **1 years and 2 months** |
| Address of Employer | **SAN PATRICIO**<br>**GUAYNABO, PR** | **CAGUAS, PR 00726-1780** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)   DEBTOR   SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ **1,138.37**   $ **1,353.28**
2. Estimated monthly overtime                                                          $ _____   $ _____
3. **SUBTOTAL**                                                                        $ **1,138.37**   $ **1,353.28**
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                $ **124.42**    $ **202.23**
   b. Insurance                                                                        $ _____    $ _____
   c. Union dues                                                                       $ _____    $ _____
   d. Other (specify) _____                                                   $ _____    $ _____
                      _____                                                   $ _____    $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                                  $ **124.42**    $ **202.23**
6. **TOTAL NET MONTHLY TAKE HOME PAY**                                                 $ **1,013.95**  $ **1,151.05**
7. Regular income from operation of business or profession or farm (attach detailed statement)   $ _____   $ _____
8. Income from real property                                                           $ _____    $ _____
9. Interest and dividends                                                              $ _____    $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $ _____   $ _____
11. Social Security or other government assistance
    (Specify) _____                                                           $ _____    $ _____
              _____                                                           $ _____    $ _____
12. Pension or retirement income                                                       $ _____    $ _____
13. Other monthly income
    (Specify) **CHRISTMAS BONUS**                                                      $ **71.22**    $ _____
              _____                                                           $ _____    $ _____
              _____                                                           $ _____    $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**                                                 $ **71.22**    $ _____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                   $ **1,085.17**  $ **1,151.05**

16. **COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)   $ **2,236.22**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **CRUZ CRUZ, LUIS ENRIQUE & SANTIAGO FIGUEROA, ANTONIA**          Case No. **09-11266 BKT**
                                    Debtor(s)                                                        (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)  $ _____
    a. Are real estate taxes included?   Yes ____  No ✓
    b. Is property insurance included?   Yes ____  No ✓
2. Utilities:
    a. Electricity and heating fuel                                   $     150.00
    b. Water and sewer                                                $      30.00
    c. Telephone                                                      $ _____
    d. Other  **CELLULAR X2**                                         $     115.00
              **GAS**                                                 $      15.00
3. Home maintenance (repairs and upkeep)                              $      31.00
4. Food                                                               $     565.00
5. Clothing                                                           $      38.00
6. Laundry and dry cleaning                                           $ _____
7. Medical and dental expenses                                        $      40.00
8. Transportation (not including car payments)                        $     208.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $      25.00
10. Charitable contributions                                          $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                        $ _____
    b. Life                                                           $ _____
    c. Health                                                         $ _____
    d. Auto                                                           $      15.00
    e. Other _____                                               $ _____
                                                                      $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                              $ _____
                                                                      $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                           $     320.00
    b. Other  **FIRST BANK AUTO PAYMENT**                             $     479.00
                                                                      $ _____
14. Alimony, maintenance, and support paid to others                  $ _____
15. Payments for support of additional dependents not living at your home  $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ _____
17. Other  **HAIR CUTS & HYGINE EXPENSES**                            $      40.00
           **UNIFORMS**                                               $      15.00
                                                                      $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $   2,086.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I              $   2,236.22
    b. Average monthly expenses from Line 18 above                    $   2,086.00
    c. Monthly net income (a. minus b.)                               $     150.22

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **CRUZ CRUZ, LUIS ENRIQUE & SANTIAGO FIGUEROA, ANTONIA**               Case No. **09-11266 BKT**
                                  Debtor(s)                                                            (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 5, 2010**            Signature: ***/s/ LUIS CRUZ CRUZ***
                                              **LUIS CRUZ CRUZ**                                                    Debtor

Date: **March 5, 2010**            Signature: ***/s/ ANTONIA SANTIAGO FIGUEROA***
                                              **ANTONIA SANTIAGO FIGUEROA**                           (Joint Debtor, if any)
                                                                                      [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**09-11266-BKT13** LUIS ENRIQUE CRUZ CRUZ and ANTONIA SANTIAGO FIGUEROA
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 12/31/2009 **Date of last filing:** 01/21/2010

# Creditors

**ADVANCE AUTO PARTS**  
PO BOX 609  
MEMPHIS, TN 38101-0609  
(2902042)  
(cr)

**BANCO POPULAR**  
CARD PRODUCTS DIVISION  
PO BOX 70100  
SAN JUAN, PR 00936-8100  
(2902043)  
(cr)

**BANCO POPULAR DE PR**  
BANKRUPTCY DEPARTMENT  
PO BOX 366818  
SAN JUAN PUERTO RICO 00936-6818  
(2909202)  
(cr)

**BBVA**  
PO BOX 364745  
SAN JUAN, PR 00936-4745  
(2902044)  
(cr)

**CITIFINANCIAL**  
PO BOX 70919  
CHARLOTTE, NC 28272-0919  
(2902045)  
(cr)

**CLARO**  
PO BOX 70367  
SAN JUAN, PR 00936-8367  
(2902046)  
(cr)

**CREDIT ONE BANK**  
PO BOX 98872  
LAS VEGAS, NV 89193-8872  
(2902047)  
(cr)

**DEPARTMENT STORES NATIONAL BANK/MACYS**  
NCO FINANCIAL SYSTEMS, INC.  
PO BOX 4275  
NORCROSS, GA 30091  
(2908308)  
(cr)

**GAP**  
PO BOX 530942  
ATLANTA, GA 30353-0942  
(2902048)  
(cr)

**HOME DEPOT CREDIT SERVICES**
PROCESSING CENTER
DES MOINES, IA 50364-0500

(2902049)
(cr)

**MACYS**
PO BOX 5638
THE LAKES, NV 88901-6938

(2902050)
(cr)

**MUEBLERIAS BERRIOS**
PO BOX 674
CIDRA, PR 00739

(2902051)
(cr)

**OFFICE MAX**
PO BOX 15221
WILMINGTON, DE 19805

(2902052)
(cr)

**OLD NAVY**
PO BOX 530942
ATLANTA, GA 30353-0942

(2902053)
(cr)

**SAMS**
PO BOX 960013
ORLANDO, FL 32896-0013

(2902054)
(cr)

**SCOTIABANK**
PO BOX 362649
SAN JUAN, PR 00936-2649

(2902055)
(cr)

**SEARS**
PO BOX 6241
SIOUX FALLS, SD 57117

(2902056)
(cr)

**TD Retail Card Services**
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374

(2906057)
(cr)

**VICTORIA'S SECRET**
PO BOX 659728
SAN ANTONIO, TX 78265-9728

(2902057)
(cr)